UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Anthony R. Mautone |
| v. | : | Violation Notice: 6446101 |
| JAVIER MORALES APARICIO | : | ORDER OF DISMISSAL |

       Under Rule 48(a) of the Federal Rules of Criminal Procedure, and by leave of Court endorsed hereon, Paul J. Fishman, the United States Attorney for the District of New Jersey, dismisses Violation No. 6446101 against defendant Javier Morales Aparicio, which was issued on July 12, 2016, charging him with possessing a credit card knife with a blade of more than 2½ inches in length in violation of 18 U.S.C. § 930(a), for the reason that prosecution of defendant Javier Morales Aparicio is being deferred under the terms of a pretrial diversion agreement.

       This dismissal is without prejudice, and is pending the successful completion by defendant Javier Morales Aparicio of the Pretrial Diversion Program. If the Pretrial Diversion Program is not successfully completed, all charges will be reinstated.

                                                         PAUL J. FISHMAN
                                                         United States Attorney

Leave of Court is granted for the filing of the foregoing dismissal.

                                                     HON. ANTHONY R. MAUTONE
                                                     United States Magistrate Judge

Dated: 1/26/17